THOMAS PIERCE MURPHY, Plaintiff, Appellant, *v.* JOSIE PETERSON, HENRY ROLAND and JULIA SONNAY, Defendants, Respondents.

Supreme Court, Appellate Term, First Department, November 13, 1924.

**Landlord and tenant — action to determine reasonable rental of apartment — building contained stores and apartments — refusal of trial judge to charge jury that space occupied by stores should be considered, in determining reasonable rental, as so much apartment space.**

In an action to determine the reasonable rental of an apartment in a building which also contained stores, it was reversible error for the trial judge to refuse to charge the jury that the space occupied by the stores in the premises should be considered, in determining a reasonable rental value, as so much apartment space.

APPEAL by plaintiff from a judgment of the Municipal Court of the city of New York, borough of Manhattan, fifth district, in favor of defendants.

*Sillcocks, Gedney & Holmes* (*Henry Sillcocks,* of counsel), for the appellant.

*Joseph H. Hayes,* for the respondents.

*Per Curiam.* The refusal of the trial judge to charge the jury in accordance with our decision in *Markwin Realty Corp.* v. *Geisler,* 122 Misc. Rep. 697; affd., 210 App. Div. 845, that the space occupied by the stores in the premises should be considered in determining a reasonable rental as so much apartment space and chargeable only with the rent which would be reasonable for such apartment space, was error and requires a reversal of the judgment.

Judgment reversed and a new trial ordered, with twenty dollars costs to appellant.

All concur; present, GUY, BIJUR and MULLAN, JJ.